# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-2072

_____

Michael Carmie Antonelli,

    Appellant,

  v.

Linda Sanders, Warden, FCI,
Forrest City, Arkansas,

    Appellee.

\*
\*
\*
\* Appeal from the United States
\* District Court for the
\* Eastern District of Arkansas.
\*
\* [UNPUBLISHED]
\*
\*

_____

Submitted: February 7, 2007
Filed: March 2, 2007

_____

Before SMITH, GRUENDER, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

  Federal inmate Michael Carmie Antonelli appeals the district court's[1] dismissal of his 28 U.S.C. § 2241 petition, in which he had challenged the method by which the Bureau of Prisons (BOP) calculated his good-conduct time under 18 U.S.C. § 3624(b)(1). We reject Antonelli's arguments. See Bernitt v. Martinez, 432 F.3d 868, 869 (8th Cir. 2005) (per curiam) (§ 3624(b) is ambiguous and BOP's calculation

_____

[1]The Honorable J. Thomas Ray, United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

of good-conduct time, based on time actually served, is reasonable interpretation of § 3624(b); court will not resort to rule of lenity when ambiguity of statute can be otherwise resolved).

We agree with the district court that Antonelli's motion for a stay of transfer is moot, and we decline his suggestion to construe that motion as an amendment to his petition.

Accordingly, the district court's judgment is affirmed.

_____